JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

07CV 2099 W
94CR0371 W

**I (a) PLAINTIFFS**

Lawrence Ponce DeGracia

**DEFENDANTS**

United States of America

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

FILED
OCT 31 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Lawrence Pince DeGracia #25221-198
808 Union Street
San Diego, CA 92101

**ATTORNEYS (IF KNOWN)**

U.S. Attorney

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2255

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | SOCIAL SECURITY | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 863 DIWC/DIWW (405(g)) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☒ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):  JUDGE Thomas J. Whelan  Docket Number 94CR0371 W

DATE

SIGNATURE OF ATTORNEY OF RECORD

LAURENCE PONCE DEGRACIA
Name

25221-198
Prison Number

MCC SAN DIEGO
Place of Confinement

FILED

OCT 31 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                              DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LAURENCE PONCE DEGRACIA         )     07 CV 2099 W
Full Name of Movant             )
                                )     Case No. 94 CR 0371-W
VS                              )     (Issued by Clerk's Office)
                                )
UNITED STATES OF AMERICA        )     MOTION, PURSUANT TO TITLE
                                )     28 U.S.C. SEC. 2255

(If movant has a sentence to be served in the **FUTURE** under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

### INSTRUCTIONS--READ CAREFULLY

1) This motion must be legibly handwritten or typewritten and signed by the movant. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Where more room is needed to answer any question use reverse side of sheet.

2) Additional pages are not permitted. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3) Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

4) If you do not have the necessary funds for transcripts, counsel, appeal and other costs connected with a motion of this type you may request permission to proceed in forma pauperis, in which event you must execute the last page, setting forth information

::ODMA\PCDOCS\WORDPERFECT\14289\2 May 5, 1999 (9:51am)May 4, 1999 (2:48pm)

establishing your inability to pay costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each judgment.

6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

7) When the motion is fully completed, the **original and two copies** must be mailed to the Clerk of the United States District Court, 880 Front Street Suite 4290, San Diego, California 92101-8900.

8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

## MOTION

1. Name and location of court which entered the judgment of conviction under attack:
   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

2. Date of judgment of conviction: OCTOBER 15, 2007

3. Length of sentence: 168 MONTHS    Sentencing Judge: IRMA E. GONZALEZ

4. Nature of offense or offenses for which you were convicted:
   UNLAWFUL DRUG TRAFFICKING: TITLE 21, U.S.C., SECS. 846 AND 841(a)(1) DISTRIBUTION METHAMPHETAMINE; TITLE 21, USC, SECS. 841(a)(1) DISTRIBUTION OF METHAMPHETAM TITLE 21, USC. SECS. 841(a)(1) POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE; TITLE 18 USC., SECS. 1956(h) 1956(a)(1)(A)(i) AND 1956(a)(1)(B)(i) - CONSPIRACY TO LAUNDER MONEY; TITLE 18, USC SEC. 2 - AIDING AND ABETTING TITLE 21 USC. SEC. 853; TITLE 18, U.S.C. SEC. 982 - CRIMINAL FORFEITURE

5. What was your plea?  ____ Not Guilty   X Guilty   ____ Nolo Contendere

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

   _____

::ODMA\PCDOCS\WORDPERFECT\14289\2 May 5, 1999 (9:51am)May 4, 1999 (2:48pm)

_____

_____

_____

6. Kind of trial:  _N/A_ Jury   _N/A_ Judge Only

7. Did you testify at the trial?  ____ Yes  _X_ No

8. Did you appeal from the judgment of conviction?  ____ Yes  _X_ No

9. If you did appeal, answer the following:

   (a.) Name of court  _____N/A_____

   (b.) Result  _____

   (c.) Date of Result  _____

10. Other than a direct appeal from the judgment of conviction and sentence have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?

    ____ Yes  _X_ No

11. If your answer to 10 was "yes," give the following information:

    (a.) (1.) Name of court  _____N/A_____

         (2.) Nature of proceeding  _____

         _____

         (3.) Grounds raised  _____

         _____

         (4.) Did you receive an evidentiary hearing on your petition, application or motion?

              ____ Yes  _X_ No

         (5.) Result  _____

         (6.) Date of result  _____

(b.) As to any second petition, application or motion give the same information:

    (1.) Name of court _____

    (2.) Nature of proceeding _____

                                N/A

    (3.) Grounds raised _____

                               _____

                               _____

    (4.) Did you receive an evidentiary hearing on your petition, application or motion?

         ____ Yes    X  No

    (5.) Result _____

    (6.) Date of result _____

(c.) As to any third petition, application or motion give the same information:

    (1.) Name of court _____ N/A _____

    (2.) Nature of proceeding _____

    (3.) Grounds raised _____

                               _____

    (4.) Did you receive an evidentiary hearing on your petition, application or motion?

         ____ Yes    X  No

    (5.) Result _____ N/A _____

    (6.) Date of result _____

(d.) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

    (1.) First petition, etc.    ____ Yes    X  No

    (2.) Second petition, etc.   ____ Yes    X  No

    (3.) Third petition, etc.    ____ Yes    X  No

(e.)  If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

*THIS IS MY FIRST APPEAL AS I WAS JUST SENTENCED APPROXIMATELY ONE WEEK AGO AND MY ATTORNEY REFUSED TO BRING UP ANY ISSUES, CONCERNS AND DISCREPANCIES AND REFUSED TO APPEAL ON MY BEHALF, SO NOW I MUST DO IT PRO SE.*

12  State <u>concisely</u> every ground on which you claim that you are being held unlawfully.

   CAUTION:  If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, <u>you should raise in this motion all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) though (j) or any one of these grounds.

(a.)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b.)  Conviction obtained by use of coerced confession.

(c.)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d.)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e.)  Conviction obtained by a violation of the privilege against self-incrimination.

(f.)  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g.)  Conviction obtained by a violation of the protection against double jeopardy.

(h.)  Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

   (i.)   Denial of effective assistance of counsel.

   (j.)   Denial of right of appeal.

A.   Ground One: <u>DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL.</u>

Supporting FACTS (tell your story briefly without citing cases or law):

I WAS LIED TO SO REPEATEDLY BY MY ATTORNEY THAT I DON'T KNOW WHERE TO START. I WAS MAINLY PROMISED BY HIM A SMALL SENTENCE AND EVENTUALLY WAS COERCED BY HIM INTO PLEADING GUILTY. AFTER HE LIED CONSISTENTLY AND WITH MINUTES TO SENTENCING, I WAS LEFT NO CHOICE. NOTHING WAS EXPLAINED TO ME, NO PAPERWORK SHOWN TO ME, NO ATTEMPT TO LOWER MY SENTENCE AND HE REFUSED TO GO TO TRIAL. I WAS SHOWN MY PLEA AGREEMENT FOR THE FIRST TIME 10 MINUTES BEFORE I PLED GUILTY. I DID NOT UNDERSTAND WHAT I WAS SIGNING.

B.   Ground Two: <u>ROLE IN OFFENSE</u>

Supporting FACTS (tell your story briefly without citing cases or law):

ALTHOUGH I FREELY HAVE ADMITTED MY GUILT IN THIS CRIME, MY ROLE WAS MINOR. I ONLY WAS, AND AS THE EVIDENCE HAS SHOWN, JUST A MIDDLEMAN, NOT A LEADER. MY GAIN WAS MINIMAL AS I ONLY ASKED SOMEONE TO PICK-UP THE METHAMPHETAMINE AS A FAVOR TO ANOTHER PERSON. THAT BEING ALL I EVER DID, IT WAS EXTREMELY MINIMAL, NOT A MAJOR ROLE AND CERTAINLY NOT A LEADERSHIP ROLE.

C.   Ground Three: <u>CONVICTION OBTAINED BY PLEA OF GUILTY WHICH WAS UNLAWFULLY INDUCED OR NOT MADE VOLUNTARILY OR WITH UNDERSTANDING OF THE NATURE OF THE CHARGE AND THE CONSEQUENCES OF THE PLEA.</u>

Supporting FACTS (tell your story briefly without citing cases or law):

WHEN I PLED GUILTY, I HAD OR WAS LED TO BELIEVE BY MY ATTORNEY THAT ANOTHER CHARGE WAS TO BE RUN CONCURRENT WITH THIS ONE AND ANOTHER TO BE DISMISSED COMPLETELY. I WAS GIVEN ONLY MINUTES TO MAKE A DECISION BEFORE PLEADING GUILTY OR NOT GUILTY. I WAS ABSOLUTELY PUSHED

BY MY ATTORNEY INTO PLEADING GUILTY WITH NO EXPLANATION OR WARNING AS TO THE SERIOUSNESS OF THE CHARGES OR THE LENGTH OF SENTENCE.

D. Ground Four: DISPARITY OF SENTENCING OF CO-CONSPIRATORS.

Supporting FACTS (tell your story briefly without citing cases or law):

I RECIEVED A SENTENCE OF 168 MONTHS IMPRISONMENT EVEN THOUGH THIS IS MY FIRST CRIMINAL OFFENSE IN MY LIFE. YET, MY CO-CONSPIRATORS RECIEVED THE FOLLOWING: THE SECOND PERSON IN MY CASE RECIEVED ONLY 63 MONTHS, WITH A PRIOR DRUG CONVICTION. THE THIRD PERSON IS MY WIFE SHE RECIEVED 8 MONTHS. THE LAST PERSON IS MY MOTHER SHE RECIEVED 12 MONTHS AND A DAY. MY RECORD AND CRIMINAL HISTORY WERE AS LOW OR LOWER THAN ANYONE. MY PARTICIPATION MINIMAL, YET I RECIEVED SUCH AN OUTRAGEOUS SENTENCE.

13. If any of the grounds listed in 12. A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

I DID NOT KNOW HOW TO PRESENT THESE GROUNDS BEFORE, AND MY ATTORNEY, LISTED BELOW, WOULD NOT DO SO AT MY REQUEST. I AM DOING THIS NOW PRO SE AND RESPECTFULLY ASK THE COURT TO APPOINT NEW COUNSEL TO HELP ME IN THIS ENDEVOUR.

14. Do you have any petition or appeal not pending in any court as to the judgment under attack?

___ Yes   X  No

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

RUSSELL S. BABCOCK ATTORNEY AT LAW
1400 6TH AVE. SUITE 210B, SAN DIEGO, CA. 92101

::ODMA\PCDOCS\WORDPERFECT\14289\2 May 5, 1999 (9:51am)May 4, 1999 (2:48pm)

(a.) At preliminary hearing  Russell S. Babcock

(b.) At arraignment and plea  Russell S. Babcock

(c.) At trial  N/A

(d.) At sentencing  Russell S. Babcock

(e.) On appeal  N/A

(f.) In any post-conviction proceeding  N/A

(g.) On appeal from any adverse ruling in a post-conviction proceeding
N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment/information, in the same court and at approximately the same time?

    X  Yes    ___  No

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    ___  Yes    X  No

    (a.) If so, give name and location of court which imposed sentence to be served in the future:

    (b.) And give date and length of sentence to be served in the future:

(c.)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

_____ Yes   _X_ No

Wherefore, movant prays that the court grant him all relief to which he/she may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 21, 2007_

_Laurence Ponce DeGracia_
(Signature of Movant) LAURENCE PONCE DEGRACIA
                      IN PRO PER

_____
(Signature of Attorney, if any)