_LAURENCE PONCE DELGRACIA_
Name

_25221-198_
Prison Number

_MCC. SAN DIEGO_
Place of Confinement

FILED

07 NOV 15 PM 3:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**NUNC PRO TUNC**
NOV - 8 2007

BY: _PW_ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

_LAURENCE PONCE DELGRACIA_ )
Full Name of Movant )
)
VS )
)
UNITED STATES OF AMERICA )
_____ )

94 CR 371 W

Case No. ~~07cv2990 W~~ 07cv2099
(Issued by Clerk's Office)

MOTION, PURSUANT TO TITLE
28 U.S.C. SEC. 2255

(If movant has a sentence to be served in the <u>FUTURE</u> under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

### MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

#### INSTRUCTIONS--READ CAREFULLY

1) This motion must be legibly handwritten or typewritten and signed by the movant. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Where more room is needed to answer any question use reverse side of sheet.

2) Additional pages are not permitted. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3) Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

4) If you do not have the necessary funds for transcripts, counsel, appeal and other costs connected with a motion of this type you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the last page, setting forth information

::ODMA\PCDOCS\WORDPERFECT\14289\2 May 5, 1999 (9:51am)May 4, 1999 (2:48pm)

establishing your inability to pay costs. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each judgment.

6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

7) When the motion is fully completed, the **original and two copies** must be mailed to the Clerk of the United States District Court, 880 Front Street Suite 4290, San Diego, California 92101-8900.

8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

## MOTION

1. Name and location of court which entered the judgment of conviction under attack:
   _UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA_

2. Date of judgment of conviction: _OCTOBER 30, 2007_

3. Length of sentence: _131 MONTHS_  Sentencing Judge: _HONORABLE THOMAS J. WHELAN_

4. Nature of offense or offenses for which you were convicted:
   _21 USC. SS 846 AND 841(a)(1) - CONSPIRACY TO POSSESS A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE_

5. What was your plea? ____ Not Guilty  _X_ Guilty  ____ Nolo Contendere
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

_____

_____

_____

6. Kind of trial: __N/A__ Jury  __N/A__ Judge Only

7. Did you testify at the trial? ____ Yes __X__ No

8. Did you appeal from the judgment of conviction?  ____ Yes __X__ No

9. If you did appeal, answer the following:

   (a.) Name of court _____N/A_____

   (b.) Result _____

   (c.) Date of Result _____

10. Other than a direct appeal from the judgment of conviction and sentence have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?

   ____ Yes __X__ No

11. If your answer to 10 was "yes," give the following information:

   (a.) (1.) Name of court _____N/A_____

      (2.) Nature of proceeding _____

      (3.) Grounds raised _____

      (4.) Did you receive an evidentiary hearing on your petition, application or motion?

        ____ Yes __X__ No

      (5.) Result _____

      (6.) Date of result _____

(b.) As to any second petition, application or motion give the same information:

(1.) Name of court _____

(2.) Nature of proceeding _____

_____ N/A _____

(3.) Grounds raised _____

_____

_____

(4.) Did you receive an evidentiary hearing on your petition, application or motion?

_____ Yes   X No

(5.) Result _____

(6.) Date of result _____

(c.) As to any third petition, application or motion give the same information:

(1.) Name of court _____ N/A _____

(2.) Nature of proceeding _____

_____

(3.) Grounds raised _____

_____

_____

(4.) Did you receive an evidentiary hearing on your petition, application or motion?

_____ Yes   X No

(5.) Result _____ N/A _____

(6.) Date of result _____

(d.) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1.) First petition, etc.    _____ Yes   X No

(2.) Second petition, etc.  _____ Yes   X No

(3.) Third petition, etc.   _____ Yes   X No

(e.) If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

*THIS IS MY FIRST APPEAL AS I WAS JUST SENTENCED YESTERDAY AND MY ATTORNEY REFUSED TO BRING UP ANY ISSUES, CONCERNS, AND DISCREPANCIES AND REFUSED TO APPEAL ON MY BEHALF SO NOW I MUST DO IT PRO SE.*

12  State <u>concisely</u> every ground on which you claim that you are being held unlawfully.

CAUTION:  If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, <u>you should raise in this motion all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) though (j) or any one of these grounds.

(a.) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b.) Conviction obtained by use of coerced confession.

(c.) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d.) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e.) Conviction obtained by a violation of the privilege against self-incrimination.

(f.) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g.) Conviction obtained by a violation of the protection against double jeopardy.

(h.) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

   (i.) Denial of effective assistance of counsel.
   (j.) Denial of right of appeal.
A. Ground One: _Denial of Effective Assistance of Counsel._

Supporting FACTS (tell your story briefly without citing cases or law):

I was never advised by my attorney of the length of incarceration I could and indeed recieve. I was told by my attorney that this charge would and should be dismissed as it was illegally obtained. Yet I was sentenced to over 10 years imprisonment. My attorney has done nothing to help me understand any aspect of this case and its seriousness. He refused to go to trial as I requested repeatedly. He coerced me into pleading guilty just a few minutes before going into court after leading me to believe he would have this case dismissed.

B. Ground Two: _Role in the Offense_

Supporting FACTS (tell your story briefly without citing cases or law):

When this case originally came before the court approximately 16 years ago. I requested a trial as I was not involved in any manner whatsoever. Both other co-defendants provided sworn affidavits to having no knowledge of any crime whatsoever, let alone any participation in a crime. Accordingly, I was given probation, no jail time, and a promise that all records would be expunged upon the completion of the 3 years of probation as well as no crimes attributed to me. Therefore, my role was non-existent, let alone minimal.

C. Ground Three: _Disparity of Sentence of Co-Conspiritors_

Supporting FACTS (tell your story briefly without citing cases or law):

While I had absolutely no involvement in this crime, I recieved a 131 month sentence of incarceration while the only two active participants recieved 60 months.

D. Ground Four: CONVICTION OBTAINED BY PLEA OF GUILTY WHICH WAS UNLAWFULLY INDUCED OR NOT MADE VOLUNTARILY OR WITH UNDERSTANDING OF THE NATURE OF THE CHARGE AND THE CONSEQUENCES OF THE PLEA.

Supporting FACTS (tell your story briefly without citing cases or law):

I WAS CONSTANTLY TOLD OVER A PERIOD OF MANY MONTHS BY MY ATTORNEY THAT THESE CHARGES SHOULD NOT EVER BE VIABLE AS THE ORIGINAL PLEA AGREEMENT WAS INVALID. I WAS FURTHER TOLD AND LED TO BELIEVE BY MY ATTORNEY THAT THE CHARGES WOULD EITHER BE DISMISSED OR MINIMAL, RESULTING IN NO OR VERY LITTLE SENTENCE OF INCARCERATION. I HAD ABSOLUTELY NO IDEA OR INKLING WHATSOEVER OF EVEN THE POSSIBILITY OF SUCH AN INCREDIBLY HARSH AND SEVERE SENTENCE THAT I RECIEVED.

13. If any of the grounds listed in 12. A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

I HAVE JUST BEEN SENTENCED AS PREVIOUSLY STATED AND WAS NOT PREPARED IN ANY WAY WHATSOEVER FOR THE SENTENCE I RECIEVED. MY ATTORNEY LED ME TO BELIEVE THAT THIS SITUATION WOULD EITHER BE DISMISSED OR THAT I WOULD RECIEVE A VERY VERY MINOR SENTENCE. AS THIS HAS JUST OCCURED I AM IMMEDIATELY FILING THIS APPEAL.

14. Do you have any petition or appeal not pending in any court as to the judgment under attack?

___ Yes   X   No

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

::ODMA\PCDOCS\WORDPERFECT\14289\2 May 5, 1999 (9:51am)May 4, 1999 (2:48pm)

(a.) At preliminary hearing    RUSSELL BABCOCK

(b.) At arraignment and plea   RUSSELL BABCOCK

(c.) At trial    N/A

(d.) At sentencing    RUSSELL BABCOCK

(e.) On appeal

(f.) In any post-conviction proceeding

(g.) On appeal from any adverse ruling in a post-conviction proceeding
N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment/information, in the same court and at approximately the same time?

____ Yes   X  No

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

X  Yes   ____ No

(a.) If so, give name and location of court which imposed sentence to be served in the future:

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

(b.) And give date and length of sentence to be served in the future:

18 MONTHS

(c.)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

__X__ Yes  ____ No

Wherefore, movant prays that the court grant him all relief to which he/she may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *October 31, 2007*

*Laurence Ponce DeGracia*
(Signature of Movant) LAURENCE PONCE DEGRACIA
~~Pro Prose~~ IN PRO PER

_____
(Signature of Attorney, if any)